STATE *ex rel.* ATTORNEY-GENERAL *v.* GEO. C. HAYS.

1. State *ex rel.* Attorney-General v. Steers, defendant, *ante,* p. 223, affirmed.

*Application for quo warranto.*

*H. B. Johnson,* Attorney-General, and *Geo. H. Shields,* for relator.

*Dryden, Lindley & Dryden,* for defendant.

WAGNER, Judge, delivered the opinion of the court.

This is an *ex-officio* information by the attorney-general, charging the defendant with unlawfully intruding into and usurping the office of treasurer of Ralls county. The record presents the same question and the same state of facts as existed in The State v. Steers, just decided by this court.

Judgment of ouster will therefore be rendered against the defendant, with costs. The other judges concur.